United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICKY ROSS,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02616 |
| CERBONI CONSULTING AND<br>FINANCIAL SERVICES, LLC,<br>Defendant. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL

On July 21, 2026, the Plaintiff filed a Notice of Voluntary Dismissal without prejudice (Dkt. #24) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINALJUDGMENT.**

SIGNED at Houston, Texas on July 22, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE